Kimmel, Appellant, *v.* Svonavec

Argued November 15, 1951. Before DREW, C. J.,
STERN, STEARNE, BELL, LADNER and CHIDSEY, JJ.

*Henry G. Gress,* with him *Charles F. Uhl* and *Simon K. Uhl,* for appellant.

*Clarence L. Shaver,* with him *Daryle R. Heckman* and *Shaver & Heckman,* for appellees.

OPINION PER CURIAM, January 7, 1952:
The order of the court below is affirmed on the opinion of Judge BRAHAM.

## Commonwealth, to use, *v.* Maryland Casualty Company, Appellant.

